ACCEPTED
DC-09-71
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/23/2015 11:52:39 AM
KEITH HOTTLE
CLERK



## ATTORNEY & COUNSELOR AT LAW

flor@ffloreslaw.com
www.ffloreslaw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/23/2015 11:52:39 AM

KEITH E. HOTTLE
Clerk

700 N. Flores Street, Suite E
Rio Grande City, TX 78582

Tel: (956) 263-1786
Fax: (956) 263-1750

January 23, 2015

**VIA E-FILE:**
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:    Court of Appeals Number:    04-14-00896-CV
        Trial Court Case Number:    DC-09-71
        Style:  Hugo Alaniz
                vs.
                Jose Maria Aguirre, Merced Aguirre, Elias Aguirre, Jr., Argelio Aguirre, Jose
                Guadalupe Aguirre, Mauricia A. Villarreal, Elsa A. Larak and Alma Rosa A.
                Trevino

Enclosed please find proof of payment for clerk's fees in connection to the above referenced matter.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Nadia O. Rodriguez
Legal Assistant to Attorney Flor E. Flores

*Enclosures as stated herein*